In the Matter of PABLO COSTELLO, Appellant, v NEW YORK STATE BOARD OF PAROLE et al., Respondents.

Submitted January 21, 2014; decided February 13, 2014

Motion by Robert Dennison et al. for leave to file a brief amici curiae on the appeal herein granted and the proposed brief is accepted as filed. Three copies of the brief must be served and an original and nine copies filed within seven days.

In the Matter of EMPIRE CENTER FOR NEW YORK STATE POLICY, Appellant, v TEACHERS' RETIREMENT SYSTEM OF THE CITY OF NEW YORK, Respondent.

In the Matter of EMPIRE CENTER FOR NEW YORK STATE POLICY, Appellant, v NEW YORK STATE TEACHERS' RETIREMENT SYSTEM, Respondent.

Submitted January 27, 2014; decided February 13, 2014

Motion by the Albany Times Union et al. for leave to appear amici curiae on the appeals herein granted only to the extent that the proposed brief is accepted as filed.

Judge ABDUS-SALAAM taking no part.

In the Matter of EMPIRE CENTER FOR NEW YORK STATE POLICY, Appellant, v TEACHERS' RETIREMENT SYSTEM OF THE CITY OF NEW YORK, Respondent.

In the Matter of EMPIRE CENTER FOR NEW YORK STATE POLICY, Appellant, v NEW YORK STATE TEACHERS' RETIREMENT SYSTEM, Respondent.

Submitted February 10, 2014; decided February 13, 2014

Motion by New York State Public Employees Federation, AFL-CIO for leave to appear amicus curiae on the appeals herein granted only to the extent that the proposed brief is accepted as